DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES LEWIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-776

[June 15, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas M. Lynch V, Judge; L.T. Case No. 90-22828CF10A.

James Lewis, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and GROSS, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***